UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRADLEY T. SHAW,

                    Petitioner,

        v.

STATE OF WASHINGTON,

                    Respondent.

CASE NO. 2:24-CV-1296-LK-DWC

ORDER LIFTING STAY AND
GRANTING LEAVE TO AMEND

This federal habeas action has been referred to United States Magistrate Judge David W. Christel. On October 31, 2024, the Court stayed these proceedings so that Petitioner may attempt to exhaust available state court remedies. Dkt. 10. On April 17, 2026, Petitioner filed a motion advising the Court that his personal restraint petition was denied by the Washington State Supreme Court on April 1, 2026, and requesting 90 days of leave to prepare and file an amended petition addressing the issues raised in his state court proceedings. Dkt. 21. Shortly thereafter, Respondent filed a status report advising the Court that Petitioner's efforts at obtaining state court review had concluded and requesting that the stay in this matter be lifted. Dkt. 22.

The Court finds good cause to lift the stay and to grant Petitioner leave to amend his petition in light of his state court proceedings. However, the Court finds an extension of 90 days

ORDER LIFTING STAY AND GRANTING
LEAVE TO AMEND - 1

excessive and, instead, grants Petitioner an additional 45 days to prepare and file his amended petition.

Accordingly, the Court orders as follows:

a. Respondent's motion to lift the stay (Dkt. 22) is granted, and the Clerk of Court is directed to update the docket in this case accordingly.

b. Petitioner's motion (Dkt. 21) seeking an extension of time to file an amended petition is granted in part.

c. Petitioner shall file an amended habeas petition not later than July 3, 2026. Petitioner is advised that, before directing a response to his amended petition, the Court will screen the amended petition in accordance with Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. Further, failure to file an amended petition within the time provided may result in a recommendation that this action be dismissed.

Dated this 19th day of May, 2026.

David W. Christel
United States Magistrate Judge

ORDER LIFTING STAY AND GRANTING
LEAVE TO AMEND - 2